CHARLES V. BLANTON ET AL, Petitioners

v.

CITY OF HOUSTON, Respondent

No. A-8752. Decided February 7, 1962
353 S.W. 2d 412.

*Croom & Barnes, Smith & Lehmann, Cyril J. Smith,* Houston, for petitioners.

*R. H. Burks,* City Attorney, Houston, *Charles F. Weaver, John Gano,* Assistants City Attorney, Houston, for respondent.

PER CURIAM.

The opinion of the Court of Civil Appeals is reported in Vol. 350 at page 947 of the Southwestern Reporter, Second Series. It being made known to this Court by stipulation of the parties that this cause is now moot, it is accordingly ordered that writ of error be granted without reference to the merits; that the judgment of the trial court and the Court of Civil Appeals be vacated, and that this cause be dismissed. Danciger Oil & Refining Company of Texas v. Railroad Commission of Texas, 122 Texas 243, 56 S.W. 2d 1075; Tarpley v. Epperson, 125 Texas 63, 79 S.W. 2d 1081; Texas & New Orleans R. Co. v. Priddie, 127 Texas 629, 95 S.W. 2d 1290; Iles v. Walker, 132 Texas 6, 120 S.W. 2d 418; University Interscholastic League v. Sims, 133 Texas 605, 131 S.W. 2d 94; Freeman v. Burrows, 141 Texas 318, 171 S.W. 2d 863; Guajardo v. Alamo Lumber Co., 159 Texas 225, 317 S.W. 2d 725; Parr v. Stockwell, 159 Texas 440, 322 S.W. 2d 615; Cameron v. Saathoff, 162 Texas 124, 345 S.W. 2d 281; Connell v. B. L. McFarland Drilling Contractor, 162 Texas 345, 347 S.W. 2d 565.